# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146657

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re Petition of the Wayne County Treasurer
for Foreclosure of Certain Lands for Unpaid
Taxes

_____

WAYNE COUNTY TREASURER
        Petitioner-Appellee,

v

MATTHEW TATARIAN, MICHAEL KELLY,
BIMINI PROPERTIES II, INC., DETROIT
LEASING, INC., CHEROKEE LAND,
BELMONT PROPERTIES, and DETROIT,
MI, L.L.C.,
        Respondents-Appellants.

SC: 146657
COA: 311690
Wayne CC: 11-007010-CH

_____/

      On order of the Court, the application for leave to appeal the December 27, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



                  Clerk

t0617